**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eulee SCOTT, Defendant–Appellant.**

No. 01–7554.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Eulee Scott, Pro Se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Eulee Scott seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Scott,* Nos. CR–95–912; CA–01–2782 (D.S.C. July 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished PER CURIAM opinion.